JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINGQIAN YI,<br><br>        Plaintiff,<br><br>        v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security; KIKA SCOTT, Acting Director, U.S. Citizenship and Immigration Services; PAMELA BONDI, Attorney General of the United States; TERRI A. ROBINSON, Director, National Benefit Center,<br><br>        Defendants. | Case No. 2:25-cv-02569-PA-KS<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Defendants, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

        IT IS SO ORDERED.

Dated: July 09, 2025

                                                        PERCY ANDERSON
                                                        United States District Judge